IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re*: Terrorist Attacks of September 11, 2001 : Docket No.: 03 MDL 1570 (GBD)(SN)

This document relates to:
*Anaya, et alii, v. Kingdom of Saudi Arabia*, 1:18-cv-12339 (GBD)(SN)
*Anaya, et alii, v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD)(SN)

## DECLARATION OF JOSEPH PETER DRENNAN IN RE ASSERTION OF CHARGING LIENS

I, Joseph Peter Drennan, of Virginia, hereby depose and say as follows, *viz.*:

1. That I have been admitted, *pro hac vice*, in respect of the above-referenced cases, *viz.*: *Anaya, et alii, v. Kingdom of Saudi Arabia*, 1:18-cv-12339 (GBD)(SN), and *Anaya, et alii, v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD)(SN);

2. That my co-counsel in the above-referenced matters, *viz.*, James P. Bonner, Esq., Patrick L. Rocco, Esq., and Susan M. Davies, Esq., of Fleischman, Bonner & Rocco, P.C.; Patrick M. Donahue, Esq., and P. Joseph Donahue, Esq., of The Donahue Law Firm; and P. York McLane, Esq., and I have consented to be substituted as counsel of record for plaintiffs John M. Galvin, Sr., John M. Galvin, Jr., Diverra Galvin, Lynn Galvin, Kathy Callahan, and the Estate of Thomas E. Galvin, with Jerry S. Goldman, Esq., of Anderson Kill, P.C., in both of the above-referenced cases, by having executed proposed stipulated substitution of counsel orders for each of the said plaintiffs in both cases, pursuant to the provisions of SDNY Local Rule 1.4;

3. That, pursuant to Local Rule 1.4, on 15 March 2024, I served upon each of the above-referenced plaintiffs, and Jerry S. Goldman, Esq., a letter asserting attorneys' charging liens in each of the subject matters, and, annexed hereto, and incorporated herewith by reference thereto, as "Exhibit 'A'", is a true copy of said letter; &

4. That the purpose of this Declaration is to comply with the notice to the clerk of court

requirement contained in §54.1-3932 of the Code of Virginia.

Further, the declarant sayeth not.

I, Joseph Peter Drennan, undersigned, hereby declare, under the penalty of perjury, that the foregoing is true and correct.

Dated: 26th of June 2024

*(signature)*
JOSEPH PETER DRENNAN
218 North Lee Street
Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-mail: joseph@josephpeterdrennan.com
Virginia State Bar No. 23894

*Pro Hac Vice* Counsel for Plaintiffs

-2-

*Exhibit "A"*

## JOSEPH PETER DRENNAN
Attorney and Counsellor at Law
218 North Lee Street
Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com
Member of the District of Columbia Bar and the Virginia State Bar

15 March 2024

*VIA ELECTRONIC MAIL:* jgoldman@andersonkill.com
Jerry S. Goldman, Esquire
Anderson Kill, P.C.
1251 Sixth Avenue, Floor 42
New York, New York 10020-1104

REF: *In re Terrorist Attacks on September 11, 2001*, Case No.:03-MDL-1570 (GBD)(SN), before the United States District Court for the Southern District of New York – Substitution of Counsel for John M. Galvin Sr.; John M. Galvin Jr.; Diverra Galvin; Kathy Callahan; Lynn Galvin; & Estate of Thomas E. Galvin.

Dear Mr. Goldman:

In consideration of your 13 February 2024 correspondence advising my co-counsel and me that our above-referenced clients have recently retained your firm to represent them going forward in respect of the subject cases that we have brought on their behalf, viz., *Anaya, et alii, v Islamic Republic of Iran*, C.A.No. 18-12341, & *Anaya, et alii, v. Kingdom of Saudi Arabia*, C.A.No. 18-12339, evinced by the individual proposed substitution of counsel forms executed by each of the subject Galvin family members, supplied with said correspondence, my co-counsel and I have each countersigned and submit herewith such proposed consent orders. I understand that you will likewise endorse each such consent order and see to it that the proposed consent orders are each filed promptly with the district court in the corresponding dockets. Also submitted herewith is a proposed consent order of substitution respecting the Estate of Thomas E. Galvin, which my co-counsel and I have prepared and countersigned as your said correspondence did not include a proposed order of substitution for that estate. Accordingly, said proposed order of substitution for the Estate of Thomas E. Galvin will also require signatures from John M. Galvin, Sr., and Diverra Galvin, as they are co-administrators for the estate.

Regarding the matter of fees due my co-counsel and me for services rendered in the subject litigation, kindly take notice that, pursuant, *inter alia*, to the provisions of SDNY Local Civil Rule 1.4, my co-counsel and me hereby assert a charging lien on all fees recoverable from the U.S. Victims of State Sponsored Terrorism Fund ("USVSST Fund") for each of the Galvin judgments obtained in the *Anaya v. Iran* matter, as all such judgments have been duly registered with the USVSST Fund, with corresponding Certificates of Eligibility/Updated Certificates of Eligibility with the USVSST Fund having been issued as to each such judgment. With regard to fees from collections from other sources in the *Anaya v. Iran* matter, whether by enforcement actions or otherwise, we, likewise, assert a charging lien, in an amount to be determined and fixed upon realization and notice to us of any such prospective enforcement actions. As for the litigation which my co-counsel and I have brought on behalf of the Galvins in the *Anaya v. Kingdom of Saudi Arabia* matter, my co-counsel and I hereby assert a charging lien as to any recovery that may eventually be forthcoming from said litigation, whether through judgment and enforcement thereon, or else settlement and compromise, or otherwise, in an amount to be determined and fixed upon any recovery respecting such latter litigation.

I trust that your firm, consistent with the intendment of SDNY Local Civil Rule 1.4, will file this letter with the district court in each of the subject cases, in tandem with the corresponding proposed consent order of substitution of counsel, as notice of such assertion of charging liens. Also, consistent with provisions of said rule, a copy of the instant correspondence is being served, concomitantly, on even date, by e-mail, upon each of the within referenced Galvin family members. Please note that our subject client files are also being sent to your firm on even date, electronically, under separate cover.

Should you have any questions regarding the foregoing, please feel free to contact me, as I am,

Respectfully yours,

Joseph Peter Drennan

Accompanying documents: as stated

cc., without accompanying documents, sent by e-mail to: John M. Galvin, Sr.; Diverra Galvin; John M. Galvin, Jr.; Kathy Galvin; Lynn Galvin; & File.